UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STONY CREEK BREWERY LLC, et al.,

        Plaintiffs,

-against-

CLOUDFUND LLC, et al.,

        Defendants.

**ORDER**

24-CV-04382 (PMH)

---

PHILIP M. HALPERN, United States District Judge:

    The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five (45) days of this Order. Any application to reopen filed after forty-five (45) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

                                          **SO ORDERED:**

Dated:  White Plains, New York
          June 17, 2024

                                          PHILIP M. HALPERN
                                          United States District Judge